PERCY L. BRAUNWORTH, RESPONDENT, v. BOROUGH OF VERONA, APPELLANT.

Submitted July 11, 1921—Decided November 14, 1921.

On appeal from the Essex County Circuit Court.

For the appellant, *Frank E. Bradner*.

For the respondent, *Riker & Riker*.

PER CURIAM.

There was a prior trial of this cause in which the judge directed a verdict against the plaintiff at the close of the case. This court reversed the judgment entered thereon and held that the issues were entirely of fact and presented jury questions. *Braunworth* v. *Verona,* 94 *N. J. L.* 194. This made the law of the case; and under our previous decision, the evidence of plaintiff in the case *sub judice* being substantially that upon the former trial (plus some additional testimony in plaintiff's favor) the plaintiff was entitled to a verdict, which he received. The judgment under review will therefore be affirmed.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ.   15.

*For reversal*—None.